
RECEIVED
IN LAKE CHARLES, LA


MAY - 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLIAM BROMLEY | : | DOCKET NO. 06-2060 |
| VS. | : | JUDGE MINALDI |
| REPUBLIC FIRE & CASUALTY INSURANCE CO. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a de novo determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that plaintiffs' motion to remand [doc. # 12] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___1___ day of ___May___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE